UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60011-CR-SINGHAL (COHN)

UNITED STATES OF AMERICA,

v.

KEJUAN BRANDON CAMPBELL,
ANTONIO CHARLES JAMES JR., and
DIONTE ALEXANDER-WILCOX,

        Defendants.
_____/

## VERDICT FORM

As to the following counts in the Indictment, we the Jury unanimously find Defendant **Antonio Charles James Jr.**, as follows:

**Count 1**: Conspiracy to Kidnap

    GUILTY: __✓__              NOT GUILTY: _____

**Count 2**: Kidnapping – Hope Harris

    GUILTY: __✓__              NOT GUILTY: _____

**Count 3**: Kidnapping – Harvey Harris

    GUILTY: __✓__              NOT GUILTY: _____

**Count 4**: Bank Robbery – SunTrust Bank at 8250 Miramar Parkway, Miramar, Florida

    GUILTY: __✓__              NOT GUILTY: _____

**Count 5:** Carrying a firearm during a violent crime, or possessing a firearm in furtherance of a violent crime – SunTrust Bank at 8250 Miramar Parkway, Miramar, Florida

GUILTY: __✓__     NOT GUILTY: _____

**Count 6:** Bank Robbery – SunTrust Bank at 10000 Taft Street, Pembroke Pines, Florida

GUILTY: __✓__     NOT GUILTY: _____

**Count 7:** Carrying a firearm during a violent crime, or possessing a firearm in furtherance of a violent crime – SunTrust Bank at 10000 Taft Street, Pembroke Pines, Florida

GUILTY: __✓__     NOT GUILTY: _____

**Count 8:** Bank Robbery – SunTrust Bank at 4455 S. Flamingo Drive, Davie, Florida

GUILTY: __✓__     NOT GUILTY: _____

**Count 9:** Carrying a firearm during a violent crime, or possessing a firearm in furtherance of a violent crime – SunTrust Bank" at 4455 S. Flamingo Drive, Davie, Florida

GUILTY: __✓__     NOT GUILTY: _____

**SO SAY WE ALL.**

_[signature redacted]_                                   2/21/2023
FOREPERSON                                               DATE

_[name redacted]_
FOREPERSON (print name)